**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Juan I. Pinon          JOINT DEBTOR:          CASE NO.: 13-25453-RAM
Last Four Digits of SS# 7243          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 160.00 for months 1 to 36 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 +$775.00 (Motion to Value) $4,225.00 TOTAL PAID $2,500.00
          Balance Due     $ 1,925.00 payable $ 106.94 /month (Months 1 to 18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                              Arrearage on Petition Date     $
Address:                             Arrears Payment $          /month (Months       to      )
                                     Regular Payment $          /month (Months       to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage (Loan No. XXXX1999) | Homestead: 840 NW 19th Avenue Miami, FL 33125 $110,000.00 | 0% | $0.00 | NONE | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                         Total Due    $
                 Payable         $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $37.06 /month (Months 1 to 18 ); Pay $144.00 /month (Months 19 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and paying Secured Creditor, Wells Fargo Home Mortgage, Loan No. (XXXX6976) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for Debtor                         Joint Debtor
Date: 7/25/13                               Date:

LF-31 (rev. 01/08/10)