# CACH, LLC

## Withdraw Proof of Claim

### JUAN PINON

CACH, LLC having purchased account number ending in 7423 from Wells Fargo Bank, N.A. hereby withdraws its proof of claim filed on the aforementioned debt in the amount of $2465.25. Bankruptcy case number 13-25453; Claim number 18 filed on 2/4/2014. Feel free to contact me with any questions or concerns.

Best regards,

_____  Dated: 8/31/2015
Cynthia Unrein- Authorized Agent


_____  
Notary Public

ALISHA ORTEZ-HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094032315
MY COMMISSION EXPIRES OCTOBER 06, 2017

_____
Commission Expires

4340 S Monaco St. 2nd Fl., Denver, CO 80237 • (800) 478-5541 • Fax: (303) 713-2509